■ In the Matter of LILIAN JACO, Respondent, v JUAN L. SANDERS, Appellant. [936 NYS2d 915]

Since the father presented insufficient evidence to establish his income, the Support Magistrate correctly awarded child support based on the needs of the child (see Family Ct Act § 413 [1] [k]; Matter of Tsarova v Tsarov, 59 AD3d 632, 633 [2009]; Evans v Evans, 57 AD3d 718, 718 [2008]; Matter of Mohammed v Aziz, 43 AD3d 1169 [2007]; Amsellem v Amsellem, 15 AD3d 510, 511 [2005]). Rivera, J.P., Eng, Lott and Sgroi, JJ., concur.